| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harwell, Robert B. | U.S. District Court of S.C. | 05/04/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | Harwell Farms and Investment, Inc. |
| 2. Trustee | Trust #1 |
| 3. Custodian | Custodial Account #1 |
| 4. Custodian | Custodian Account #2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Charles Schwab (sweep acct) | C | Interest | M | T | | | | | |
| 2. Wachovia Bank Common Stock | | None | | | Merged (with line 3) | 01/02/09 | J | | See Note #1 |
| 3. Wells Fargo &Co Common Stock(and former Wachovia Bank Stock) | A | Dividend | J | T | | | | | |
| 4. Autoliv Inc. Common Stock | A | Dividend | J | T | | | | | |
| 5. Rhom & Haas Inc. Common Stock | | None | | | Sold | 03/01/08 | J | A | See Note #1 |
| 6. The South Financial Group Common Stock | | None | | | Sold | 10/03/10 | J | A | |
| 7. The Bank of Clarendon(CD) (X) | A | Interest | M | T | | | | | |
| 8. First Reliance Bank (CD) | B | Interest | L | T | | | | | |
| 9. First Federal (CD) | B | Interest | M | T | | | | | |
| 10. South Carolina Bank & Trust (CD) | B | Interest | M | T | | | | | |
| 11. Citizens Bank (CD) | A | Interest | M | T | | | | | |
| 12. Anderson Brothers Bank (CD) | B | Interest | M | T | | | | | |
| 13. Carolina Bank (CD) | B | Interest | | | Matured | 07/23/10 | M | | |
| 14. National Bank of South Carolina(CD) | B | Interest | M | T | | | | | |
| 15. BB&T Bank (various accts) | C | Interest | N | T | | | | | |
| 16. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |
| 17. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charles Schwab IRA #1 | A | Dividend | M | T | | | | | |
| 19. -Charles Schwab Cash Fund | | | | | | | | | |
| 20. -Dimensional Fund Advisors Intl Small Co Port | | | | | | | | | |
| 21. -Dimensional Fund Advisors Intl Value III Port | | | | | | | | | |
| 22. -Dimensional Fund Advisors Large Cap Intl Port | | | | | | | | | |
| 23. -Dimensional Fund Advisors Large Cap Value III Port | | | | | | | | | |
| 24. -Dimensional Fund Advisors US Large Co Instl Index Port | | | | | | | | | |
| 25. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 26. -Dimensional Fund Advisors US Small Cap Value | | | | | | | | | |
| 27. Charles Schwab IRA#2 | A | Dividend | N | T | | | | | |
| 28. -Charles Schwab Cash Fund | | | | | | | | | |
| 29. -Dimensional Fund Advisors Intl Small Co Port | | | | | | | | | |
| 30. -Dimensional Fund Advisors Intl Value III Port | | | | | | | | | |
| 31. -Dimensional Fund Advisors Large Cap Intl Port | | | | | | | | | |
| 32. -Dimensional Fund Advisors Large Cap Value III | | | | | | | | | |
| 33. -Dimensional Fund Advisors US Lg Co. Inst Index Port | | | | | | | | | |
| 34. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Dimensional Fund Advisors US Small Cap Value | | | | | | | | | |
| 36. Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 37. -Charles Schwab cash fund | | | | | | | | | |
| 38. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 39. Trust #1 | C | Dividend | M | T | | | | | |
| 40. -Cash Fund-Charles Schwab | | | | | | | | | |
| 41. -BB&T Corp Common Stock | | | | | | | | | |
| 42. -Vanguard short-term treasury | | | | | | | | | |
| 43. Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 44. Clemson University, SC Zero 5/1/10 | B | Interest | | | Matured | 05/01/10 | L | A | |
| 45. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | Redeemed (part) | 01/01/10 | J | B | |
| 46. Piedmont Mun. Power Zero 1/1/13 | A | Interest | | | Redeemed (part) | 01/01/10 | J | A | |
| 47. Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | Redeemed (part) | 01/01/10 | K | | |
| 48. SC Zero 7/1/12 | B | Interest | L | T | | | | | |
| 49. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 50. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |
| 51. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Dimensional Fund Advisors Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 53. | Rental Prop North Myrtle Beach,SC (2003, $238,600) | | None | M | R | | | | | |
| 54. | ▒▒▒▒Harwell &Sons Prop (Cherry Grove, SC) 49% ($243,000 | | None | M | U | | | | | |
| 55. | -on 2004 tax return) | | | | | | | | | |
| 56. | College Bound Fund #1,Alliance Bernstein Mutual Funds | A | Dividend | J | T | | | | | |
| 57. | -CBF Appreciation Port Alt Bx | | | | | | | | | |
| 58. | College Bound Fund #2, Alliance Berstein Mutual Funds | A | Dividend | J | T | | | | | |
| 59. | -CBF Appreciation Port Alt BX | | | | | | | | | |
| 60. | SC Future Scholar Plan #1,River Source Fund Dist Inc | | None | K | T | | | | | |
| 61. | -Bond Port-A | | | | | | | | | |
| 62. | -Large Cap Core Port-A | | | | | | | | | |
| 63. | -Mid Cap Growth Port-A | | | | | | | | | |
| 64. | -Small Cap Growth Port-A | | | | | | | | | |
| 65. | SC Future Scholar Plan #2,River Source Fund Dist Inc | | None | J | T | | | | | |
| 66. | -Bond Port-A | | | | | | | | | |
| 67. | -Large Cap Core Port-A | | | | | | | | | |
| 68. | -Mid Cap Grow Port-A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | -Small Cap Growth Port-A | | | | | | | | | |
| 70. | Claussen Farms, Florence, SC (1999 - $125,000) | | None | M | R | | | | | |
| 71. | Custodial Account#1 | A | Interest | J | T | | | | | |
| 72. | -The South Financial Group Common Stock | | | | | Sold | 10/05/10 | J | | |
| 73. | -Charles Schwab Sweep account | | | | | | | | | |
| 74. | Custodial Acct#2 | A | Interest | J | T | | | | | |
| 75. | -The South Financial Group Common Stock | | | | | Sold | 10/05/10 | J | | |
| 76. | -Charles Schwab Sweep account | | | | | | | | | |
| 77. | Cypress Bend, Florence, SC (2006 $70,000) | | None | L | R | | | | | |
| 78. | SC Tuition Prepayment Program #1(no control) | | None | K | T | | | | | |
| 79. | SC Tuition Prepayment Program #2 (no control) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1 -Inadvertently omited from previous reports

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert B. Harwell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544